■ ARGON ELECTRICAL CORP., Appellant, v CAPITAL ONE, N.A., Respondent. [42 NYS3d 817]—

Order and judgment (one paper), Supreme Court, New York County (Jennifer G. Schecter, J.), entered November 4, 2015, denying plaintiff's motion for summary judgment, granting defendant's cross motion for summary judgment, and dismissing the complaint, unanimously affirmed, without costs.

Plaintiff is correct that defendant, who did not have a corporate resolution with regard to signing authority on judgment debtor's account, lost the protection of Banking Law § 9. However, because there was no evidence of wrongdoing, fraud, forgery or misappropriation of any of the checks at issue, plaintiff failed to raise a triable issue of fact on its claims of conversion or for money had and received (*see Colavito v New York Organ Donor Network, Inc.*, 8 NY3d 43, 49-50 [2006]; *Parsa v State of New York*, 64 NY2d 143, 151 [1984]). Concur—Acosta, J.P., Renwick, Andrias, Saxe and Gische, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FLAVIO ORTA, Appellant. [42 NYS3d 817]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Jill Konviser, J.), rendered August 13, 2013, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Acosta, J.P., Renwick, Andrias, Saxe and Gische, JJ.